UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Amer Iqbal
17648 Tedler Circle
Roundhill, Virginia 20141
Phone 571-277-6216

CASE NUMBER 1:07CV00408

VS

JUDGE: Ricardo M. Urbina

Superior Court of District of Columbia
500 Indiana Ave, N.W.
Washington D.C. 20001
Case # 2007 CA 113

DECK TYPE: Antitrust

DATE STAMP: 02/28/2007

TRICIA ANNE RILEY
3800 RESERVOIR RD, N.W.
GEORGETOWN HOSPITAL, KOBER COGAN HALL #101
WASHINGTON D.C. 20007

**REQUEST TO APPOINT AN ATTORNEY**

This motion is brought to your attention on the grounds that the petitioner can not afford an attorney due to his financial conditions and requests your Honor to appoint an attorney to represent me on this case. The petitioner believes that he really need the help of a legal counsel on this matter and will appreciate your assistance on this matter.

Sincerely,

*[signature]* 02/28/07

Amer Iqbal

17648 Tedler Cir
Roundhill, Virginia 20141
Phone  571-277-6216