United States District Court
for the District of Columbia

Amer Iqbal
17648 Tedler Cir
Round hill, VA 20141

Case # 07-408 RMU

vs

Superior Court of District of Columbia
500 Indiana Ave, N.W.
Washington D.C. 20001
Case # 2007 CA 113

TRICIA ANNE RILEY
3800 Reservior Rd, N.W.
GEORGETOWN HOSPITAL
KOBER COGAN HALL #101
WASHINGTON D.C. 20007

**RECEIVED**

FEB 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# MOTION TO TRANSFER THE CASE / RECORDS

This motion is being prayed to this court to transfer the Case # 2007 CA 113 (Tricia Anne Riley vs Amer Iqbal) on the basis of following reasons:

1. The petitioner has already stated his reasons regarding transcript problems in his complaint.

2. The petitioner has received two letters from Sr. Judge Robert S. Tignor that cause him grave concern, the letters are dated Feb 16 and Feb. 26, 2007. One of which is pertaining to a phone message by the other party. The petitioner has called Sr. Judge office and have spoken to the clerk's requesting a rehearing on the matter with no positive response.

Therefore, the petitioner requests the Hon'ary Judge to include and transfer my Case # 2007CA113 in this court, also requests to transfer all the records on this case to this court.

Sincerely,

*[signature]* 02/26/07

Amer Iqbal

17648 Tedler Cir

Roundhill, VA 20141

Phone 571-277-6216