UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Amer Iqbal
17648 Tedler Circle
Roundhill, Virginia 20141
Phone 571-277-6216

VS                                          CIVIL ACTION NO: 07-0408 RMU

Superior Court of District of Columbia
500 Indiana Ave, N.W.
Washington D.C. 20001
Case # 2007 CA 113B

Tricia Anne Riley
3800 Reservoir Road, N.W.
Cober Kogan Hall #101
Washington D.C. 20007

## MOTION TO TRANSFER THE CASE

This Motion has been prayed to your Honor to transfer the newly filed case 2007 CA113B pertaining to same old case already filed with this court, on the basis of the following reason:

This case is directly related to already filed case 2007 CA 113 and the petitioner has not done anything inappropriate that he is in contempt of the consent order. The attached application for marriage certificate was filed on the basis of the same grounds, as addressed in his complaint and the petitioner never asked any court clerk to contact Tricia Anne Riley. If the court clerk contacted her that's their own office procedure and plaintiff totally disagrees with this complaint against him.

Sincerely,

Amer Iqbal
3/2/07

17648 Tedler Cir
Roundhill, Virginia 20141
Phone   571-277-6216

**RECEIVED**

MAR - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

.eFiling for Courts - Electronic Service of Copies

Proof of Service

Jurisdiction: Civil Actions
Cause Number: 2007 CA 000113 B
Trace Number: ED301J020011546
Court Assignment: D.C. Superior Court
Style/Case Name: Riley v. Iqbal
Date and Time of Service: 02/28/2007 11:00:58 AM
Serving Party Name: Bradford J. Roegge
Documents:
Exhibit 10 for Petition for Contempt of Court.pdf


Parties of Record                              Delivery Type
Lynn Leibovitz                                 Electronic
Filer Services

**EXHIBIT 10**

Amer Iqbal
17648 Tedler Cir
Roadhill VA 20141

Marriage Bureau

Att. Helen Stinney
Court Clerk

Honary Chief Judge Rufus G. King III, Chambers
Room 3500
Superior Court of District of Columbia
500 Indiana Ave., N.W.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## MARRIAGE BUREAU
### INFORMATION FOR MARRIAGE LICENSE APPLICATION

License No: _____ Date: _____ Book No.: _____ Page No.: _____

DISTRICT OF COLUMBIA

Fee Paid: ____ Y/N   Date on Premarital Blood Test Cards: _____   2007 FEB 23 A 7:46   Civil Wed.: ____
(Blood test results are good for 30 days from date taken.)

Consent Date: ____/____   Waiver Date: _____

RECEIVED OFFICE OF THE MARRIAGE BUREAU DIVISION

I, (Applicant) _____ AMER _____ IQBAL _____
Prefix  First  MI  Last
do solemnly swear (affirm) that the answers to the following questions true, correct and complete.

Officiant Name: _____ ROBERT  S.  TIGNOR _____
Prefix  First  MI  Last

Groom's Name: AMER _____ IQBAL _____ DOB: 01/02/1975  Age: 32
First  MI  Last

Groom's S.S. No: 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   Telephone Nos. (H) 5712776216 (W) _____

Former Marriages # 1   Status: DIVORCED   if Divorced, Where was Decree Obtained? PUNJAB/PAKISTAN
City/State

Do you have any pending criminal matters? Yes ____  No ✓

Legal Residence: 17648 TEDLER CIR  ROUNDHILL  VA  20141
Street Address  City  State  Zip Code

Bride's Name: TRICIA  A  RILEY _____ DOB: 05/07/1974  Age: 33
First  MI  Last

Bride's S.S. No: _____   Telephone Nos. (H) _____ (W) 202-687-5176

Former Marriages # ____ Status: ____ if Divorced, Where was Decree Obtained? _____
City/State

Do you have any pending criminal matters? Yes ____ No ____

Legal Residence: 3800 RESERVOIR ROAD, NW.  KOBER COGAN HALL #101  WASHINGTON  D.C.  20007
Street Address  City  State  Zip Code

Kinship Between Bride and Groom: NONE
(Blood Relationship)

I understand that any intentional misrepresentation and/or omission of the above information is subject to criminal sanction for perjury pursuant to D.C. Code Section 46-410.

APPLICANT SIGNATURE (S): _[signature]_ 02/20/07

TO REPORT WASTE, FRAUD, OR ABUSE BY ANY D.C. GOVERNMENT OFFICE OR OFFICIAL, CALL THE D.C. INSPECTOR GENERAL AT 1-800-521-1639.

Subscribed and sworn to before me this ____ day of _____

Clerk of the Court, by Deputy Clerk _____

02/28/2007 WED 09:03  [TX/RX NO 7445]  ☒004