UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Amer Iqbal
17648 Tedler Cir
Roundhill, Virginia 20141
Phone 571-277-6216

VS.                                    Case # 07-0408 RMU

Superior Court of District of Columbia
500 Indiana Ave, N.W.
Washington D.C. 20001

Tricia Anne Riley
3800 Reservoir Road, N.W.
Kober Cogan Hall #101
Washington D.C. 20007

## MOTION TO GRANT THE PROTECTIVE ORDER

This motion is prayed to your Honor to grant a protective order until the time this court hears this matter. The petitioner has been receiving disturbing complaints regarding contempt of court order, when he has done nothing wrong and a request to enter an order for imprisonment when the petitioner has not been even heard is not justified. Also, the petitioner believes that serving the proceedings to the other parties through process server is not contempt in any form and request this court to grant a protective order until this court hears all the facts on this case.

Sincerely,

Amer Iqbal
17648 Tedler Cir
Roundhill, Virginia 20141
Phone 571-277-6216

**RECEIVED**

MAR - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT