UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAR 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Amer Iqbal
17648 Tedler Cir
Roundhill, Virginia 20141

VS                                              Case # 07-0408 RMU

Superior Court of District of Columbia
500 Indiana Ave, N.W.
Washington D.C. 20001

Tricia Anne Riley
3800 Reservoir Road, N.W.
Kober Cogan Hall #101
Washington D.C. 20007


FOR COURT RECORDS


Please see attached mailing receipts for summons issued on 02/28/07 and 03/02/07.




Sincerely,
Amer Iqbal   3/7/07
17648 Tedler Cir
Roundhill, Virginia 20141
Phone 571-277-6216

```
***** WELCOME TO *****
       SPRINGFIELD M O
      7051 BROOKFIELD PLAZA
     SPRINGFIELD, VA 22150-9998
        02/28/07 08:01PM

Transaction Number              41
USPS® #              518472-9550

 1. First-Class Mail® service      .63
    Destination:    20001
    Weight:         0 lb. 1.90 oz.
    Total Cost:     .63
    Base Rate:      .63
 2. One $.39 Stamp                 .39
 3. First-Class Mail® service      .63
    Destination:    20007
    Weight:         0 lb. 1.90 oz.
    Total Cost:     .63
    Base Rate:      .63

Subtotal                         1.65
Total Charged                    1.65

VISA                             1.65

       <23-902320316-99>
VISA
ACCT. NUMBER         TRANS #   AUTH
XXXX XXXX XXXX 6013    490   004736


            Thanks.
    It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

↑
SUMMONS mailing
RECEIPTS dated 2/28/07

Case # 07-0408 RMU

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage $ | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $4.88 |

7006 2760 0002 6250 5987

Sent To: DC COURTS SUPERIOR
Street, Apt. No.; or PO Box No. SIMMONS 2007 CA1138
City, State, ZIP+4 WASHINGTON DC 20001

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage $ | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $4.88 |

7006 2760 0002 6250 5970

Sent To: TRICIA ANNE RILEY
Street, Apt. No.; or PO Box No. SIMMONS 2007 CA1138
City, State, ZIP+4 3800 Reservoir RD NW WASH DC 20007

PS Form 3800, August 2006    See Reverse for Instructions

↑
mailing
SUMMONS/RECEIPTS
dated 3/2/07