UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAR 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Amer Iqbal
17648 Tedler Circle
Roundhill, Virginia 20141
Phone 571-277-6216

VS                                    Case No: 07- 408 RMU & 07-452 RMU

City of the District of Columbia
Superior Court of District of Columbia
500 Indiana Ave, N.W.
Washington D.C. 20001
Case # 2007 CA 113B


Tricia Anne Riley
3800 Reservoir Road, N.W.
Cober Kogan Hall #101
Washington D.C. 20007


MOTION TO AMEND THE PETITION


   This motion is prayed to this court to amend the earlier filed petition as described below. Also the petitioner requests this court to address the following issues related to this case.

1. "City of District of Columbia" is being added before the Superior Court of District of Columbia in the petitioner/defendant area. The intent is to clarify the jurisdiction.

2. That this matter is not just related to the TRO hearing, but it should address all the aspects related to this case; transcript and records discrepancies of the superior court, denial of my right for a rehearing and non-cooperation of the superior court.

3. That this court also address the matter of marriage as a result of these vows, which Judge Tignor is now denying in his letter.

4. That this court also address the matter of the filed contempt, since the petitioner has not violated the court order dated 01/18/2007.

5. That this court should stop the superior court to conduct any further hearings on this matter, as this court does have the jurisdiction on this matter and can only do the fair

justice on this case. Despite the "Anti Trust" case as a result of their discrepancies, Superior Court is persistent in scheduling hearings on the contempt case.

6. Also, the petitioner prays to this court to grant him the damages as described in his letter of response and records, dated March 28, 2007.

Sincerely,

Amer Iqbal    3/28/07

17648 Tedler Cir
Roundhill, Virginia 20141
Phone 571-277-6216

(A copy of this letter is also mailed to Court Clerk, Superior Court of District of Columbia 500 Indiana Ave, NW Washington D.C. 20001 and Mr. Bradford J. Roegge 101 South Washington St, Rockville MD 20850)