UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Amer Iqbal
17648 Tedler Circle
Roundhill, Virginia 20141
Phone 571-277-6216

**RECEIVED**

APR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VS         Cases No: 07- 408 and 07-452 RMU

City of the District of Columbia
Superior Court of District of Columbia
500 Indiana Ave, N.W.
Washington D.C. 20001
Case # 2007 CA 113B

Tricia Anne Riley
3800 Reservoir Road, N.W.
Cober Kogan Hall #101
Washington D.C. 20007

### MOTION TO CONSOLIDATE CASES 07-408 and 07-452

Petitioner requests Your Honor to consolidate both cases 07-408 and 07-452, since both matters address same points and records listed in them. This will help in addressing all issues related to both cases by the same court and jury.

Sincerely

4/19/07

Amer Iqbal

17648 Tedler Cir
Roundhill, Virginia 20141
Phone 571-277-6216

(A copy of this letter is also mailed to Mr. Bradford J. Roegge 101 South Washington St, Rockville MD 20850 and Superior Court 500 Indiana Ave, NW Washington D.C. 20001)