UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| AMER IQBAL, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-408 (RMU) |
| | : | | |
| v. | : | Document No.: | 7 |
| | : | | |
| SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, | : | | |
| | : | | |
| Defendant, | : | | |
| | : | | |
| TRICIA ANNE RILEY | : | | |
| | : | | |
| Defendant. | : | | |

_____

| | | | |
|---|---|---|---|
| TRICIA ANNE RILEY | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-452 |
| | : | | |
| v. | : | | |
| | : | | |
| AMER IQBAL | : | | |
| | : | | |
| Defendant. | : | | |

# **ORDER**

**GRANTING LITIGANT RILEY'S MOTION TO DISMISS CIVIL ACTION NO. 07-408; *SUA SPONTE* TRANSFERRING CIVIL ACTION NO. 07-452 TO THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 28th day of June, 2007,

**ORDERED** that litigant Riley's motion to dismiss Civil Action No. 07-408 is **GRANTED**, and it is

**FURTHER ORDERED** that the Clerk of the Court **TRANSFER** Civil Action No. 07-

452 to the Superior Court for the District of Columbia.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge